IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVACLOUD LICENSING LLC,<br>Plaintiff,<br>v.<br>AKAMAI TECHNOLOGIES, INC.<br>Defendant. | Case No.<br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, NovaCloud Licensing, LLC files this Disclosure Statement and states as follows:

NovaCloud Licensing, LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: September 4, 2026

Of Counsel:

Reza Mirzaie
Marc Fenster
Adam Hoffman
Andrew Weiss
Linjun Xu
Joshua Scheufler
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
rmirzaie@raklaw.com
mfenster@raklaw.com
ahoffman@raklaw.com
aweiss@raklaw.com
lxu@raklaw.com
jscheufler@raklaw.com

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff NovaCloud Licensing, LLC*