**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVACLOUD LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>AKAMAI TECHNOLOGIES, INC.,<br><br>Defendant. | C.A. No.: 26-1130-MN |

**DEFENDANT AKAMAI TECHNOLOGIES, INC.'S PARTIAL MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendant Akamai Technologies, Inc. ("Akamai") hereby moves this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to partially dismiss Plaintiff NovaCloud Licensing LLC's ("NovaCloud") Complaint (D.I. 1) for failure to state a claim with respect to: (i) NovaCloud's claim for infringement of the U.S. Patent No. 8,401,028 (Count I) because the asserted patent claims unpatentable subject matter under 35 U.S.C. § 101; (ii) NovaCloud's claims of pre-suit willful and indirect infringement of all Asserted Patents; and (iii) the entirety of NovaCloud's claims of induced infringement (both pre-suit and post-suit). The grounds for this motion are set forth in Akamai's opening brief in support of its motion and the supporting declaration, filed herewith.

Dated: October 30, 2026

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ *Adam W. Poff*

Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com
jsiew@ycst.com

***Attorneys for Defendant***
**AKAMAI TECHNOLOGIES, INC.**

OF COUNSEL:

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

James L. Davis, Jr.
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
(650) 815-2600
jdavis@sheppard.com

Kevin J. Post
30 Rockefeller Plaza
New York, NY 10112
(212) 653-8700
kpost@sheppard.com

Daniel W. Richards
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
(415) 434-9100
drichards@sheppard.com

Ryan C. Brunner
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
(202) 747-1900
rbrunner@sheppard.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVACLOUD LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>AKAMAI TECHNOLOGIES, INC.,<br><br>Defendant. | C.A. No.: 26-1130-MN |

**[PROPOSED] ORDER GRANTING DEFENDANT AKAMAI TECHNOLOGIES, INC.'S <u>PARTIAL MOTION TO DISMISS</u>**

AND NOW this ______ day of __________________, 2026, upon consideration of Defendant Akamai Technologies, Inc.'s ("Akamai") Partial Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the papers submitted therewith, it is hereby ORDERED that:

1. The Motion is GRANTED.
2. The following claims from Plaintiff NovaCloud Licensing LLC's ("NovaCloud") Complaint (D.I.) are DISMISSED:

   i) NovaCloud's claim for infringement of the U.S. Patent No. 8,401,028 (Count I) is DISMISSED WITH PREJUDICE;

   ii) NovaCloud's claims of pre-suit willful and indirect infringement of all Asserted Patents are DISMISSED WITHOUT PREJUDICE; and

   iii) The entirety of NovaCloud's claims of induced infringement (both pre-suit and post-suit) is DISMISSED WITHOUT PREJUDICE.

______________________________
The Honorable Maryellen Noreika
United States District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 30, 2026, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Reza Mirzaie
Linjun Xu
Joshua Scheufler
Paaras Modi
RUSS AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
rmirzaie@raklaw.com
lxu@raklaw.com
jscheufler@raklaw.com
pmodi@raklaw.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Jennifer P. Siew (No. 7114)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com
jsiew@ycst.com

*Attorneys for Akamai Technologies, Inc.*